# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
———
Telephone (212) 209-3933
Facsimile (212) 209-7102

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2020
```

**MEMO ENDORSED**

August 28, 2020

<u>REQUEST FOR REFERENCE
TO MEDIATION PROGRAM</u>

<u>**BY ECF**</u>

Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Maria Jovita Villanueva v. New HDM, Inc., et al.*
      <u>Case No.: 20 Civ. 5402 (PAE)(KHP)   </u>

Dear Judge Parker,

  We are counsel to the plaintiff in this action brought pursuant to the Fair Labor Standards Act and New York Labor Law.

  We write with reference to the order for an initial case management conference. [*See*, Docket 6] The parties conferred and jointly request the case be referred to the SDNY mediation program and further order the parties to file a letter upon the conclusion of mediation.

  To conserve litigation resources, the court may adjourn the upcoming conference and postpone formal discovery pending the parties' attempt to resolve at mediation.

  We thank the court for its consideration of this case.

          Respectfully submitted,

          CILENTI & COOPER, PLLC

          */s/ Peter Hans Cooper, Esq.*
      By: _____
          Peter H. Cooper

cc: Counsel of record (Via ECF)

The telephonic Initial Case Management Conference scheduled for Thursday, September 10, 2020 at 2:00 p.m. is hereby rescheduled to <u>Tuesday, October 13, 2020 at 12:30 p.m.</u>  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  <u>Please dial (866) 434-5269, Access code: 4858267.</u>

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Civil Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

<u>It is further ORDERED that, upon the conclusion of mediation, the parties shall file a letter on ECF informing the Court as to whether this case was resolved.</u>

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

08/28/2020