```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA JOVITA VILLANUEVA,

                           Plaintiff,                     20-CV-5402 (PAE) (KHP)

     -against-                                                 ORDER

NEW HDM, INC. et al.,

                           Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the final report from the mediator indicating that the parties reached settlement as to all issues in this litigation. (ECF No. 18.) The parties are therefore directed to submit the settlement on the electronic docket by **Friday, February 26, 2021** so that the Court may review it pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements).

      **SO ORDERED.**

DATED:  New York, New York
             February 3, 2021

                                                             _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge